IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**RONALD L. BRADLEY, JR.,**          *

   **Plaintiff**          *

   v.          *          CIVIL NO. JKB-11-2708

**9727 PULASKI, INC., dba CATCHES,**          *

   **Defendant**          *

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the foregoing memorandum, it is hereby ORDERED:

1. Plaintiff's motion for default judgment (ECF No. 9) is GRANTED;

2. Judgment for Plaintiff is ENTERED in the amount of $925.00, consisting of $100.00 in damages and $825.00 in attorney's fees, and costs;

3. Plaintiff is DIRECTED to submit a bill of costs to the Clerk.

DATED this 27th day of February, 2012.

BY THE COURT:

/s/
James K. Bredar
United States District Judge